**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS SINTOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 CV 5327 |
| v. | ) | |
| | ) | Judge |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant City of Chicago ("the City"), through its attorney, Celia Meza, Corporation Counsel for the City of Chicago, respectfully requests removal of the above entitled action to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). In support of this Notice of Removal, the City submits the following.

1. The City is the named Defendant to a civil action filed on February 16, 2021 in the Circuit Court of Cook County, Illinois as Case No. 2021-CH-00729, captioned NICHOLAS SINTOS v. CITY OF CHICAGO. In the one-count complaint, Plaintiff Nicholas Sintos ("Sintos") alleged the City violated the Illinois Human Rights Act, 775 ILCS 5/2-102 ("IHRA") by failing to hire him "because of his mental health disability." *See* Summons and Complaint, attached hereto as **Exhibit A**.

1. A Summons and the Complaint were served on the City on May 18, 2021. On June 14, 2021, undersigned counsel appeared for the City. *See* Appearances filed by undersigned counsel on behalf of the City, attached hereto as **Exhibit B**.

2. On June 16, 2021, the matter was set on the case management call for July 22, 2021. *See* June 16, 2021 ordered, attached hereto as **Exhibit C**.

3. On July 15, 2021, the City filed its Answer and Affirmative Defenses to the

Complaint. *See* Answer and Affirmative Defenses to the Complaint, attached hereto as **Exhibit D**.

4. On July 22, 2021, the matter was continued for case management to October 18, 2021. *See* July 22, 2021 order, attached hereto as **Exhibit E**.

5. On August 5, 2021, Plaintiff filed his Reply to the City's Affirmative Defenses. *See* Plaintiff's Reply to City's Affirmative Defenses, attached hereto as **Exhibit F**.

6. On September 13, 2021, Plaintiff filed a motion for leave to file an amended complaint wherein he sought to amend the Complaint by adding a claim against the City for allegedly violating the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. ("ADA") based upon the same operative facts (Count II), having recently received a Right to Sue letter from the U.S. Equal Employment Opportunity Commission ("Motion for Leave to Amend"). *See* Motion for Leave to Amend, attached hereto as **Exhibit G**.

7. On September 20, 2021, the Circuit Court granted Sintos' Motion for Leave to Amend. *See* September 20, 2021 order, attached hereto as **Exhibit H**. That same day, Plaintiff filed his First Amended Complaint. *See* First Amended Complaint, attached hereto as **Exhibit I**.

8. This Court has federal question jurisdiction over the claim asserted in Count II pursuant to 28 U.S.C. §§ 1331 and 1343, as that claim arises under the Constitution and laws of the United States. This Court has supplemental jurisdiction over the claim asserted in Count I pursuant to 28 U.S.C. § 1367 as that claim is so related to the claim asserted in Count II as to comprise part of the same case or controversy under Article III of the U.S. Constitution.

9. The City is entitled to remove this action pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446(b), in that this Court has original jurisdiction over the claims asserted in the First Amended Complaint and this Notice of Removal is filed within 30 days of receipt of the

Motion for Leave to Amend, which contained the proposed amended complaint with the ADA claim, by the City. 28 U.S.C. §§ 1331, 1343, 1367, 1446(b)(3). Further, copies of "all process, pleadings, and orders served upon such defendant" in the Circuit Court matter are attached herein. 28 U.S.C. § 1446(a).

10. This Notice of Removal is contemporaneously served on Plaintiff's counsel and filed with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant City of Chicago respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County, Illinois, Case Number 2021-CH-00729, be removed to this Court.

Dated: October 7, 2021

Respectfully submitted,

CELIA MEZA
Corporation Counsel for City of Chicago

By: *s/ Kristen Woytowicz*
KRISTEN WOYTOWICZ
Assistant Corporation Counsel

City of Chicago, Department of Law
Employment Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744- 0428