Return Date: No return date scheduled
Hearing Date: 6/16/2021 9:30 AM - 9:30 AM
Courtroom Number:
Location:

RECEIVED

2021 MAY 18 PM 2: 28

OFFICE OF THE
CITY CLERK



* 5 0 0 7 8 1 9 8 *

FILED
5/12/2021 2:50 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH00729

13301932

FILED DATE: 5/12/2021 2:50 PM 2021CH00729

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                      (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RECEIVED

MAY 1 9 2021

DEPARTMENT OF LAW

Name all Parties

Nicholas Sintos

_____

Plaintiff(s)

v.

City of Chicago                          Case No. 2021-CH-00729

_____

Defendant(s)

121 N. LaSalle St.
Chicago, Illinois 60602

_____

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

FILING AN APPEARANCE: **Your appearance date is NOT a court date.** It is the deadline
for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED
TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/
answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/
approved/procedures/appearance.asp. After completing and saving your Appearance form, you can
electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

Summons - Alias Summons



* (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Atty. No.: 49568

Pro Se 99500

Name: Marni Willenson

Atty. for (if applicable):

Plaintiff Nicholas Sintos

Address: 3420 W. Armitage Ave., Suite 200

City: Chicago

State: IL Zip: 60647

Telephone: 312-508-5380

Primary Email: marni@willensonlaw.com

Witness date 5/12/2021 2:50 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 5/12/2021 2:50 PM 2021CH00729



FILED DATE: 5/12/2021 2:50 PM   2021CH00729

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date.  Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

Return Date: No return date scheduled
Hearing Date: 6/16/2021 9:30 AM - 9:30 AM
Courtroom Number:
Location:



FILED
5/12/2021 2:50 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH00729

13301932

*FILED DATE: 5/12/2021 2:50 PM  2021CH00729*

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**Nicholas Sintos**

_____

Plaintiff(s)

v.

**City of Chicago**

_____

Defendant(s)

121 N. LaSalle St.
Chicago, Illinois 60602

_____

Address of Defendant(s)

Case No. _2021-CH-00729_

Please serve as follows (check one):  ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

<u>FILING AN APPEARANCE</u>: **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

Summons - Alias Summons



**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

| | |
|---|---|
| Atty. No.: 49568 | Witness date 5/12/2021 2:50 PM IRIS Y. MARTINEZ |
| Pro Se 99500 | |
| Name: Marni Willenson | Iris Y. Martinez, Clerk of Court |
| Atty. for (if applicable): | |
| Plaintiff Nicholas Sintos | ☐ Service by Certified Mail |
| Address: 3420 W. Armitage Ave., Suite 200 | ☐ Date of Service: |
| City: Chicago | (To be inserted by officer on copy left with employer or other person) |
| State: IL Zip: 60647 | |
| Telephone: 312-508-5380 | |
| Primary Email: marni@willensonlaw.com | |

FILED DATE: 5/12/2021 2:50 PM 2021CH00729



* 5 0 0 7 8 1 9 8 *

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED DATE: 5/12/2021 2:50 PM 2021CH00729

Return Date: No return date scheduled
Hearing Date: 6/16/2021 9:30 AM - 9:30 AM
Courtroom Number: 2305
Location: District 1 Court
Cook County, IL

FILED DATE: 2/16/2021 12:00 AM   2021CH00729

12-Person Jury

\* 5 0 0 7 8 1 9 8 \*

FILED
2/16/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

12217143

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

NICHOLAS SINTOS, )
)
      Plaintiff, )
)
v. )
)   CASE NO. 2021CH00729
CITY OF CHICAGO, )
)
)
      Defendant. )

### COMPLAINT

Plaintiff, Nicholas Sintos, complains against the Defendant City of Chicago ("the City" or "the City of Chicago") as follows:

### Introduction

1.    This complaint arises from the Defendant City of Chicago's violations of the Illinois Human Rights Act ("IHRA"). The City of Chicago refused to hire Plaintiff because of his disability in violation of the IHRA's prohibition against disability discrimination. 775 ILCS 5/2-102.

### Parties

2.    Plaintiff Nicholas Sintos is an Illinois citizen and a Chicago resident.

3.    Defendant City of Chicago is an Illinois municipal corporation.

### Facts

4.    In September 2014, Mr. Sintos applied to work as a City of Chicago Firefighter/EMT. He passed the City's written examination and was placed on the eligible list.

5.    Mr. Sintos has been diagnosed with major depressive disorder and generalized anxiety disorder, and he also has anxiety and a history of panic attacks. These are determinable



* 5 0 0 7 8 1 9 8 *

mental characteristics within the meaning of the IHRA.

6.     Sintos's depression and anxiety are unrelated to his ability to perform the duties of the position of Firefighter/EMT with the City of Chicago Fire Department.

7.     Mr. Sintos's depression and anxiety are mental impairments that substantially limit one or more of his major life activities.

8.     Despite Mr. Sintos's disabilities, he can perform all of the essential functions of the City of Chicago Firefighter/EMT position.

9.     Mr. Sintos has been living with anxiety and depression for at least eight years. He has been actively engaged in treatment for his anxiety and depression for eight years. His treatment includes therapy with a licensed clinical social worker and outpatient appointments with psychiatrists at Rush University Medical Center.

10.    Between February and June 2019, and ongoing, the City took adverse action against Mr. Sintos by forcing him to undergo a forensic psychological evaluation that it does not uniformly require of all applicants and by withdrawing his job offer for the position of a City of Chicago Firefighter/EMT.

11.    In late summer/early fall of 2018, the City called Mr. Sintos for further processing for the Firefighter/EMT position. In August 2018, he took and passed hair and urine drug screenings.

12.    In about October 2018, the City moved Mr. Sintos's application forward again. He submitted a background check questionnaire and was contacted by an investigator who completed a home visit.

13.    In about November or December 2018, the City notified Mr. Sintos that he had

2



* 5 0 0 7 8 1 9 8 *

been cleared through the background investigation process. The City also notified him of the deadline to submit proof of passage of the Candidate Physical Abilities Test ("CPAT"), which he completed and submitted in March 2019.

14.     The City's hiring process for the Firefighter/EMT position does not include a psychological examination. The pre-hire steps are: written examination, drug testing, background check, and passing the CPAT. After clearing each of these steps, the City makes conditional offers of employment.

15.     Having completed all required steps, in about November or December 2018, Mr. Sintos received a written conditional offer of employment as a Probationary (Candidate) Firefighter-EMT.

16.     The City conditioned its offer of employment upon Mr. Sintos's "successfully completing, to the satisfaction of the Chicago Fire Department, the medical examination which is the next step in the hiring process."

17.     In addition, the City's offer letter stated that it "reserves the right" not to offer Mr. Sintos employment even if he did pass the medical examination. The letter states that the offer was conditioned upon "the availability of an open position in a training class at the Chicago Fire Academy."

18.     After receiving the City's letter, Mr. Sintos submitted to medical screening, as directed by the Chicago Fire Department. This medical examination took place in December 2018.

19.     In February 2019, Mr. Sintos was called in to an appointment with Dr. Wong, the head physician in the Medical Division of the Chicago Fire Department, to follow up on some results from the medical examination. During this appointment, Dr. Wong told Mr. Sintos that Mr.

FILED DATE: 2/16/2021 12:00 AM   2021CH00729

* 5 0 0 7 8 1 9 8 *

FILED DATE: 2/16/2021 12:00 AM   2021CH00729

Sintos needed to see his general practitioner to redo some lab work pertaining to his heart rate and cholesterol. Dr. Wong also gave him a set of documents that he was to bring to his treating psychiatrist at Rush Hospital. The documents included a letter to be completed certifying that Mr. Sintos was fully capable of performing all essential functions of the Firefighter/EMT position. However, without waiting to receive the clearance letter from Mr. Sintos's treating physician, Dr. Wong also directed Mr. Sintos to submit to a forensic psychological examination that is not uniformly required of all applicants.

20.     Several days after his appointment with Dr. Wong in February 2019, Mr. Sintos attended an appointment with his treating psychiatrist, Dr. Vanessa Cutler, who filled out and signed the paperwork that Dr. Wong had given him. This packet included a list of the essential functions of the Firefighter/EMT position with the Chicago Fire Department, with a questionnaire asking the treating physician about Mr. Sintos's fitness to perform those duties. Dr. Cutler reviewed the materials and certified: "Patient has been 100% compliant with care. Based on my interview and assessment today, patient is able to fulfill stated criteria for job and does not present risk of harm to self or others." Thus, Dr. Cutler cleared Mr. Sintos for the Firefighter/EMT position, certifying that his disabilities would not prevent him from performing essential job functions or present any risk of harm.

21.     Mr. Sintos also scheduled and underwent the forensic psychological evaluation that Dr. Wong directed him to undergo. This evaluation took place during the second week of February at Isaac Ray Forensic Group, LLC, at 65 E Wacker Street in Chicago, Illinois. The exam, which lasted about 5 hours, consisted of a 1,500 question test battery, which Mr. Sintos filled out on a scantron prior to having a meeting with a psychologist.



* 5 0 0 7 8 1 9 8 *

FILED DATE: 2/16/2021 12:00 AM    2021CH00729

22.     During Mr. Sintos's interview with the psychologist, named Dr. Goldstein, she mainly asked questions focusing on his prescribed medication. She also asked Mr. Sintos questions related to his experience of anxiety and depression and made several comments indicating she believed his diagnosis might be incorrect. Mr. Sintos found it surprising that Dr. Goldstein would believe she was in a better position to reach opinions on his mental health diagnoses than the physicians who had treated him for years. In all, the conversation with her lasted around one hour or less.

23.     During the psychological evaluation, the psychologist also asked Mr. Sintos several questions about whether he thought he was capable of being a firefighter even with the high occurrence of stress on the job. Mr. Sintos answered that he did believe he was capable of this, and they had a conversation which at the time Mr. Sintos thought was a productive, affirming conversation about how he was well-positioned to be a firefighter because he is actively involved in therapy and treatment, and how therapy and treatment have taught him the skills he needs to cope with high levels of stress.

24.     Between February and June 2019, Mr. Sintos called Dr. Wong's office (the Medical Division) every week to make sure that he had received all the paperwork that he had directed him to turn in. Mr. Sintos's calls were rarely answered, so he left many voicemails. In April 2019, four or five months after he received a conditional job offer, Mr. Sintos finally received a call from Dr. Wong's office informing him that they had received his paperwork but that it had not been reviewed.

25.     In March 2019, the City hired a class of Firefighter/EMTs. Although Mr. Sintos had submitted to medical and psychological screening, as directed by the City, and complied with

* 5 0 0 7 8 1 9 8 *

FILED DATE: 2/16/2021 12:00 AM   2021CH00729

each follow-up directive that Dr. Wong provide him, he was not hired into the March 2019 fire academy class. Instead, the City of Chicago denied Mr. Sintos employment based upon his documented disabilities and despite clearance from his physician.

26.     In June 2019, Mr. Sintos finally received a call from Dr. Wong. He told Mr. Sintos that the psychologist from Isaac Ray Forensic Group did not "recommend" him for employment with the Chicago Fire Department. He also told Mr. Sintos something to the effect that he "would not want to put him in a position with a job that causes a lot of stress."

27.     At no point during this conversation did Dr. Wong mention that Mr. Sintos's treating psychiatrist, who had been consistently treating him for over a year and a half, had completed and signed a Chicago Fire Department letter clearing Mr. Sintos for duty. Dr. Wong did not state how, if at all, this had factored into his decision to rescind Mr. Sintos's offer of employment.

28.     Further, at no point during Mr. Sintos's conversation with Dr. Wong did he identify any medical condition that he claims prevents Mr. Sintos from performing all essential job functions of a City of Chicago Firefighter/EMT with or without accommodation. Nor did he identify any job duties that he claims Mr. Sintos is unable to perform. Dr. Wong's desire not to "put Mr. Sintos in a position with a job that causes a lot of stress" is not a lawful basis to deny Mr. Sintos employment when, according to the physicians who have treated him for years, Mr. Sintos is capable of performing all essential functions without posing any risk of harm to himself or others.

29.     After Mr. Sintos's call with Dr. Wong, he received an email stating that because he did not pass the medical examination, he was being taken off the eligibility list for employment as



a Firefighter/EMT.

      30.    As a result of the actions described above, Mr. Sintos has been denied a desirable

position with the City of Chicago as a Firefighter/EMT. He has lost substantial wages and benefits

and has sustained other economic and non-economic damages including for emotional harm and

suffering.

      31.    Mr. Sintos's treating psychiatrist, who had been treating Mr. Sintos for over a year

and a half, and who was supervised by psychiatrists who have been overseeing his treatment for

eight years, and who is therefore the most informed physician to reach an opinion as to whether

his conditions impact his ability to perform all essential job functions as a Chicago Fire Department

Firefighter/EMT, cleared Mr. Sintos for employment without reservation in the paperwork that he

turned over to the Medical Division. The City of Chicago took adverse action against Mr. Sintos

despite the opinion of his treating psychiatrist, and instead based its decision on the evaluation of

a psychologist who met with Mr. Sintos for approximately one hour, on one occasion, based upon

the administration of 1,500 question non-medical test battery of unknown origin and questionable

validity. Mr. Sintos is not aware of any study conducted by the City of Chicago that demonstrates

the validity of that psychological test for use in hiring Chicago Fire Department Firefighter/EMTs.

<u>Legal Standard</u>

      32.    Section 2-102 of the IHRA provides, in pertinent part:

It is a civil rights violation . . . [f]or any employer . . . to act with respect to recruitment,
hiring, promotion, renewal of employment, selection for training or apprenticeship,
discharge, discipline, tenure or terms, privileges or conditions of employment on the basis
of unlawful discrimination.

775 ILCS 5/2-102(A). The IHRA defines unlawful discrimination to include

FILED DATE: 2/16/2021 12:00 AM   2021CH00729



FILED DATE: 2/16/2021 12:00 AM   2021CH00729

discrimination based on disability. 775 ILCS 5/1-103(Q).

<u>**Exhaustion of Administrative Remedies**</u>

33.     The IHRA also contains the following provisions:

> If the Director determines that there is no substantial evidence, the charge shall be dismissed by order of the Director[,] and the Director shall give the complainant notice of his or her right to seek review of the dismissal order before the Commission or commence a civil action in the appropriate circuit court . . . . If the complainant chooses to commence a civil action in a circuit court, he or she must do so within 90 days after receipt of the Director's notice.

775 ILCS 5/7A-102(D)(3).

34.     On October 31, 2019, Mr. Sintos filed a charge of discrimination with the Illinois Department of Human Rights alleging that the City of Chicago discriminated against him because of his disability. On October 28, 2020, the Illinois Department of Human Rights dismissed the charge of discrimination for lack of substantial evidence. On November 18, 2020, Mr. Sintos received notice of his right to commence a civil action in circuit court and has filed this complaint within 90 days after his receipt of notice.

**COUNT ONE**<br>**Illinois Human Rights Act – Disability Discrimination**

35.     Plaintiff realleges paragraphs 1-31 as if fully set forth herein.

36.     The City of Chicago refused to hire Mr. Sintos because of his mental health disability.

37.     The City's illegal conduct caused Mr. Sintos to suffer lost wages and benefits of employment as well as emotional distress and lost career opportunities.

38      Mr. Sintos asks the Court to enjoin the City's illegal conduct because, in the absence of an injunction, the City's illegal conduct is likely to recur, and Mr. Sintos will again

8



FILED DATE: 2/16/2021 12:00 AM  2021CH00729

suffer irreparable injury. Additionally, he has no adequate remedy at law; and he has a substantial likelihood of success on the merits.

    **WHEREFORE**, Mr. Sintos prays that this Court grant him the following relief in excess of $50,000:

A.    An injunction requiring the City to hire Mr. Santos a firefighter/EMT, or in the alternative an award of front pay;

B.    An injunction prohibiting the City to stop discriminating against firefighter/EMT candidates with mental health disabilities.

B.    An award of back pay;

C.    An award of damages compensating him for his lost benefits of employment;

D.    An award of damages compensating him for his emotional distress, humiliation, and lost career opportunities;

E.    Attorneys' fees and costs; and

F.    Other relief as is just and proper.

<u>**JURY DEMAND**</u>

    Mr. Sintos's complaint demands both equitable and non-equitable relief. Mr. Sintos demands that a jury resolve all of his claims for non-equitable relief after this Court resolves his claims for equitable relief.

By:      /s Marni Willenson
          One of the Attorneys for Plaintiff

Marni Willenson
marni@willensonlaw.com
WILLENSON LAW, LLC
3420 W. Armitage Ave.
Suite 200

* 5 0 0 7 8 1 9 8 *

FILED DATE: 2/16/2021 12:00 AM   2021CH00729

Chicago, IL 60647
312.508.5380
Attorney No. 49568

Attorney for Plaintiff